ACCEPTED
06-14-00116-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 11:53:30 PM
DEBBIE AUTREY
CLERK

## NO.   06-14-00116-CR & 06-14-00117-CR

| | | | |
|---|---|---|---|
| **JOSEPH JOHN GRUBBS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **6TH  COURT** | |
| | § | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/13/2015 11:53:30 PM

DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF, SECOND

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Joseph John Grubbs, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 354th Judicial District Court of HUNT County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Joseph John Grubbs, and numbered 29,417 & 29,725.

3.      Appellant was convicted of Unlawful Possession by a Felon in 29,417 and Fraudulent Use/Possession of Identifying Information # Items < 5 in 29,725.

4.      Appellant was assessed a sentence of 25 years in 29,417 and 5 years in 29,725 on July 3, 2014.

5.      Notice of appeal was given on July 8, 2014.

6. The clerk's record was filed on November 10, 2014; the reporter's record was filed on February 11, 2014.

7. The appellate brief is presently due on April13, 2015.

8. Appellant requests an extension of time of 30 days from the present date.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney, Jason A. Duff has begun a review the several volumes and exhibits contained in the reporter's record and the clerk's record the record of each case; however, Appellant's counsel requests additional time to sufficiently develop the arguments material to the brief.

Counsel is set for special setting for Final Trial in Cause No 80,219, *In the Interest of M.S., E.S. & B.M.,* Children in the 196th District Court; Hunt County Child Protection Court for Northeast Texas #2 on April 17 & 20, 2015.

Then Counsel is set for special setting for Final Trial in Cause Nos. 80,884 & 81,156, *In the Interest of F., L., & N.,* Children in the 196th District Court; Hunt County Child Protection Court for Northeast Texas #2 on April 21 & 22, 2015.

Counsel is appointed on *In the Interest of J.S.* Appellate Cause No.

12-15-00053-CV, an accelerated appeal, and is working review the record from a four day jury trial and to timely file a brief on April 22, 2015 in that case.

Counsel is appointed on *In the Interest of E.W.* Appellate Cause No. 6-15-00018-CV, an accelerated appeal, and is working review the record from the trial and motion for new trial record to timely file a brief on April 22, 2015 in that case.

*Counsel is also appointed in:*

*Mark Eugene Engle v. State* Appellate Cause number 06-14-00239-CR.

*Charles Francis Williams v. State* Appellate Cause numbers 06-15-00030-CR & 06-15-00031-CR.

*Shanna Delaine Gluck v. State* Appellate Cause number 06-15-00048-CR.

Counsel prepared for and represented his clients in an Adversarial hearings in Hunt County Child Protection Court for Northeast Texas #2 on April 10, 2015 in several separate cases.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

JASON A DUFF
2615 Lee St.

Greenville, TX 75403
Tel:903.455.1991
Fax:903.455.1417

By:    */s/ Jason A. Duff*
    Jason A. Duff
    State Bar No. 24059696
    jasonaduff@hotmail.com
    Attorney for Joseph John Grubbs

## CERTIFICATE OF SERVICE

This is to certify that on April 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, by electronic filing service.

    */s/ Jason A. Duff*
    Jason A. Duff